# EXHIBIT I

**From:** Seth Guterman MD [mailto:sguterman@peopleschoicehospital.com]
**Sent:** Tuesday, April 04, 2017 9:41 PM
**To:** 'shohang@aetna.com'
**Cc:** dwanger (dwanger@peopleschoicehospital.com); bmogel@peopleschoicehospital.com; 'Darien Cohen' (dcohen@peopleschoicehospital.com); William W. Meier (WMeier@hallettperrin.com); calise@peopleschoicehospital.com; Gary Ayres (gayres@peopleschoicehospital.com)
**Subject:** NMH has invested significant money and resources into analyzing many different blood and urine tests on hospital property

Mr. Shohan

The CEO of Newman Memorial Hospital (Case # 20162733 and Tax ID# 73-0570773) asked me to respond after receiving the Aetna letter accusing the hospital of an under billing arrangement - see email attachment "Aetna Letter Accusing NMH of Under Billing Arrangement".

My company manages the hospital's reference lab program for compliance with state, federal and insurance regulations.

In September 2016, NMH notified Aetna Special Investigative Unit that the hospital had invested a large financial commitment to train staff and install analyzers for blood and urine tests on hospital property- See email attachment "NMH Response to Aetna Letter 9-27-2016".

I have included the following documents to prove that NMH is NOT under billing and is actually analyzing specimens on hospital property.
1. Hospital Contract for Blood Analyzer
2. Hospital Contract for Urine Analyzer
3. Picture of Blood Analyzers installed on hospital property
4. Picture of Urine Analyzers installed on hospital property
5. Hospital Staff Names and Job Titles Working for the Reference Lab Program
6. Picture of Hospital Laboratory Staff with Hospital Logo on Lab Coats
7. Sample Test Results Reports with Hospital Logo
8. Hospital Contract with Independent Laboratories that assist in certain test analysis that is sometimes beyond the hospitals expertise and capabilities.

Hopefully, you now have plenty of evidence that the hospital is not involved with an under billing arrangement, but just the opposite NMH has invested significant money and resources into analyzing many different blood and urine tests on hospital property.

In 2016, this hospital had announced imminent closure to the community due to financial distress. The only business venture that allows this hospital to keep providing medical care to patients in Rural America is their reference lab program. The hospital will have to close and deny medical care to tens of thousands of people living in this rural community if health insurance companies deny payment for legitimate medical services that were analyzed on hospital property.

Please let me know if you need any additional information. An expedited review, updated answer, and approval of the hospital's reference lab program would be greatly appreciated.

It would also be greatly appreciated if you can acknowledge receipt of this email.

Sincerely,

Dr G

Seth Guterman MD FACEP
President
People's Choice Hospital
(o) 773-255-1236
(f)  312 276-8116
www.peopleschoicehospital.com

