UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| AETNA INC. and AETNA LIFE INSURANCE COMPANY, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | SA-18-CA-323-OLG (HJB) |
| THE PEOPLE'S CHOICE HOSPITAL, LLC, et al., | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' Joint Motion to Amend Scheduling Order. (Docket Entry 252.) It is hereby **ORDERED** that the parties' motion is **GRANTED IN PART**.

All deadlines in this case will be delayed for 90 days. The Pretrial Conference on October 21, 2020, and Jury Selection and Trial on October 26, 2020, are **CANCELLED** and will be rescheduled by the District Court at a later date.

**SIGNED** on March 19, 2020.

Henry J. Bemporad
United States Magistrate Judge