IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| AETNA INC. AND AETNA LIFE INSURANCE COMPANY,<br><br>       Plaintiffs<br><br>v.<br><br>THE PEOPLE'S CHOICE HOSPITAL, LLC, ET AL.<br><br>       Defendants. | Case No. 5:18-CV-00323 (OLG)<br><br>Judge Orlando Garcia<br><br>Magistrate Judge Henry J. Bemporad |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Aetna Inc. and Aetna Life Insurance Company ("Aetna") file this stipulation of dismissal with prejudice of all claims against Defendants The People's Choice Hospital, LLC, People's Choice Management Newman, LLC, PCH Lab Services, LLC, Seth Guterman M.D., and David Wanger (the "PCH Defendants"). Each party to this stipulation shall bear its own attorneys' fees and costs. This stipulation does not affect Aetna's claims against all other remaining parties, and those claims remain pending.

June 19, 2020

Respectfully submitted,

 /s/ David M. Prichard
David M. Prichard
TX Bar No. 16317900
PRICHARD YOUNG LLP
Union Square
10101 Reunion Place, Suite 600,
San Antonio, TX 78216
(210) 477-7400

ELLIOTT GREENLEAF, P.C.
Union Meeting Corporate Center V
925 Harvest Drive, Suite 300
Blue Bell, PA 19422-1956
(215) 977-1000

MCGUIREWOODS LLP
JPMorgan Chase Tower
600 Travis Street, Ste. 750
Houston, TX 77002
(832)214-9942
*Counsel for Plaintiffs Aetna Inc. and Aetna Life Insurance Company*


*/s/ B. Kurt Copper*
Ricardo G. Cedillo (State Bar No. 04043600)
Derick J. Rodgers (State Bar No. 24002857)
DAVIS, CEDILLO & MENDOZA, INC.
755 E. Mulberry Avenue, Ste. 500
San Antonio, Texas 78212
Phone: (210) 822-6666
Email: *rcedillo@lawdcm.com*
         *drodgers@lawdcm.com*

Stephen G. Sozio (*pro hac vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
Phone: (216) 586-3939
Email:  *sgsozio@jonesday.com*

B. Kurt Copper (*pro hac vice*)
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Phone:  (614) 469-3939
Email: *bkcopper@jonesday.com*
*Counsel for Defendants The People's Choice Hospital, LLC, PCH Management Newman, LLC, PCH Lab Services, LLC, David Wanger, and Seth Guterman*